1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

**FILED**

**JUL 0 8 2010**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | 2:10-CV-01713-MCE-DAD |
| 12 | Plaintiff, ) | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| 13 | v.  ) | |
| 14 | APPROXIMATELY $16,540.00 IN ) U.S. CURRENCY, ) | |
| 15 | ) Defendant. ) | |
| 16 | | |

17     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
18 filed on July 2, 2010, in the United States District Court for
19 the Eastern District of California, alleging that the defendant
20 Approximately $16,540.00 in U.S. Currency ("defendant currency"),
21 is subject to forfeiture to the United States pursuant to 21
22 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841
23 *et seq.*;

24     And, the Court being satisfied that, based on the Verified
25 Complaint for Forfeiture *In Rem* and the affidavit of Drug
26 Enforcement Administration Task Force Officer David Stevenson,
27 there is probable cause to believe that the defendant currency so
28 described constitutes property that is subject to forfeiture for

such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 7-8-2010

EDMUND F. BRENNAN
United States Magistrate Judge