1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        )   2:10-CV-01713-MCE-DAD
12                                   )
              Plaintiff,             )   **APPLICATION AND ORDER FOR**
13                                   )   **PUBLICATION**
        v.                           )
14                                   )
   APPROXIMATELY $16,540.00 IN U.S.  )
15 CURRENCY,                         )
                                     )
16            Defendant.             )
                                     )
17 _____ )

18      The United States of America, Plaintiff herein, applies for

19 an order of publication as follows:

20      1.  Rule G(4) of the Supplemental Rules for Admiralty or

21 Maritime Claims and Asset Forfeiture Actions (hereafter

22 "Supplemental Rules") provides that the Plaintiff shall cause

23 public notice of the action to be given in a newspaper of general

24 circulation or on the official internet government forfeiture

25 site;

26      2.  Local Rule 171, Eastern District of California, provides

27 that the Court shall designate by order the appropriate newspaper

28 or other vehicle for publication;

1    3.   The defendant Approximately $16,540.00 in U.S. Currency

2  (hereafter "defendant currency), was seized in the city of Grass

3  Valley in Nevada County, California.

4    4.   Plaintiff proposes that publication be made as follows:

5         a.   One publication;

6         b.   Thirty (30) consecutive days;

7         c.   On the official internet government forfeiture

8  site www.forfeiture.gov;

9         d.   The publication is to include the following:

10             (1)   The Court and case number of the action;

11             (2)   The date of the seizure/posting;

12             (3)   The identity and/or description of the

13  property seized/posted;

14             (4)   The name and address of the attorney for the

15  Plaintiff;

16             (5)   A statement that claims of persons entitled

17  to possession or claiming an interest pursuant to Supplemental

18  Rule G(5) must be filed with the Court and served on the attorney

19  for the Plaintiff no later than 60 days after the first day of

20  publication on the official internet government forfeiture site;

21  and

22             (6)   A statement that answers to the Complaint or

23  a motion under Rule 12 of the Federal Rules of Civil Procedure

24  ("Fed. R. Civ. P.") must be filed and served within 20 days after

25  ///

26  ///

27  ///

28  ///

1  the filing of the claims and, in the absence thereof, default may

2  be entered and condemnation ordered.

3  Dated: _July 1, 2010_____      BENJAMIN B. WAGNER
                                      United States Attorney
4

5
                                      _/s/ Kristin S. Door___
6                                     KRISTIN S. DOOR
                                      Assistant U.S. Attorney
7

8

9

10

11                                    **ORDER**

12

13       **IT IS SO ORDERED.**

14  DATED: July 7, 2010.

15

16  _____

17  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

18  Ddad1/orders.civil/USvApprox$16,540.1713.pub.ord

19

20

21

22

23

24

25

26

27

28