BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-01713-MCE-DAD |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| APPROXIMATELY $16,540.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the Honorable Judge Dale A. Drozd on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, the Court finds as follows:

   1.  This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 2, 2010.

   2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Michael Devon Johnson, Brandon Marcus Bivens, Terrance Spencer Brown, and Natasha

Billeci.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Terrance Spencer Brown and Brandon Marcus Bivens received actual notice and plaintiff made diligent attempts to notice potential claimants Michael Devon Johnson and Natasha Billeci of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED that:

1. Michael Devon Johnson, Natasha Billeci, Terrance Spencer Brown, and Brandon Marcus Bivens be held in default;

2. Plaintiff's motion for default judgment and final judgment of forfeiture (Doc. No. 15) be granted;

3. A judgment by default be entered against any right, title, or interest of potential claimants Michael Devon Johnson, Natasha Billeci, Terrance Spencer Brown, and Brandon Marcus Bivens in the defendant currency;

4. A final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law; and

5. The Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

DATED: January 24, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\
USvApprox$16,540.1713.f&r