BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-01713-MCE-DAD |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $16,540.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Dale A. Drozd on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

///

///

///

1  ORDERED, ADJUDGED AND DECREED:

2  1.  The Magistrate Judge's Findings and Recommendations are adopted herein.

3  2.  Michael Devon Johnson, Brandon Marcus Bivens, Terrance Spencer Brown, and Natasha Billeci are held in default.

4  3.  A judgment by default is hereby entered against any right, title, or interest of Michael Devon Johnson, Brandon Marcus Bivens, Terrance Spencer Brown, and Natasha Billeci in the defendant currency referenced in the above-caption.

5  4.  A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

6  5.  All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE